**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Yasmin N Hill

Case No.: 14-17252

Hearing Date:

Chapter: JNP

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Standing Trustee Certification of Default

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 9/15/17 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: August 18, 2017

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 18, 2017 this notice was served on the following:
Debtor(s)   Isabel Balboa - Trustee
Attorney for Debtor(s)   Office of the US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin N Hill  
    Debtor

Case No. 14-17252-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 18, 2017  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db          +Yasmin N Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
- Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC as authorized servicer for Bank of America, N.A. njecfmail@mwc-law.com
- Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Jeanette F. Frankenberg    on behalf of Creditor    Flagstar Bank cmecf@sternlav.com
- Jeanette F. Frankenberg    on behalf of Creditor    Matrix Financial Services Corporation cmecf@sternlav.com
- Jennifer R. Gorchow    on behalf of Creditor    LSF9 Master Participation Trust nj.bkecf@fedphe.com
- Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
- Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@buckleymadole.com
- Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A. NJ_ECF_Notices@buckleymadole.com
- Moshe Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com
- Moshe Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com
- Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, James.Feighan@phila.gov
- Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
- Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

                                                                                                                                       TOTAL: 16