|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Flagstar Bank FSB as servicing agent for<br>Lakeview Loan Servicing, LLC<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Baelz, Esq. | **Order Filed on October 10, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Yasmin N Hill<br><br><br><br>    Debtor(s) | Case No.: 14-17252-JNP<br>Chapter: 13<br>Hearing Date: October 10, 2017<br>Judge: Jerrold N. Poslusny, Jr. |

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: October 10, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Yasmin N Hill
Case No.:14-17252-JNP
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Flagstar Bank FSB as servicing agent for Lakeview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **1 Rosebush Ct, Sicklerville, NJ  08081**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The co-debtor stay against Brian Jason Hill is lifted pursuant to 11 U.S.C. 1301(c).

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.