| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Flagstar Bank FSB as servicing agent for<br>Lakeview Loan Servicing, LLC<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Baelz, Esq. | **Order Filed on October 10, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>　　Yasmin N Hill<br><br><br>　　　　Debtor(s) | Case No.: 14-17252-JNP<br>Chapter: 13<br>Hearing Date: October 10, 2017<br>Judge: Jerrold N.  Poslusny, Jr. |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: October 10, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Yasmin N Hill
Case No.:14-17252-JNP
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Flagstar Bank FSB as servicing agent for Lakeview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **1 Rosebush Ct, Sicklerville, NJ 08081**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The co-debtor stay against Brian Jason Hill is lifted pursuant to 11 U.S.C. 1301(c).

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Yasmin N Hill  
    Debtor

Case No. 14-17252-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db             +Yasmin N Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

            Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC as authorized servicer for Bank of America, N.A. njecfmail@mwc-law.com  
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            Jeanette F. Frankenberg    on behalf of Creditor    Flagstar Bank cmecf@sternlav.com  
            Jeanette F. Frankenberg    on behalf of Creditor    Matrix Financial Services Corporation cmecf@sternlav.com  
            Jennifer R. Gorchow    on behalf of Creditor    LSF9 Master Participation Trust nj.bkecf@fedphe.com  
            Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@buckleymadole.com  
            Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A. NJ_ECF_Notices@buckleymadole.com  
            Moshe Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
            Moshe Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
            Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, James.Feighan@phila.gov  
            Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
            Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
                                                                                                                                          TOTAL: 16