| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
|---|---|
| In Re:<br><br>    Yasmin N. Hill | |

**Order Filed on October 23, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:        14-17252

Chapter:         13

Hearing Date: N/A

Judge:           Jerrold N. Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 23, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Yasmin N. Hill
Case No.: 14-17252/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

___

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.