| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| Moshe Rothenberg, Esq. |
| 880 E. Elmer Road |
| Vineland, New Jersey 08360 |
| Phone: (856) 236-4374 |
| Fax: (856) 405-6769 |
| Attorney for Debtor(s) |
| |
| In Re: |
| |
|     Yasmin N. Hill |

**Order Filed on October 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:        14-17252

Chapter:         13

Hearing Date: N/A

Judge:           Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 23, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Yasmin N. Hill
Case No.: 14-17252/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-17252-JNP
Yasmin N Hill                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1           Date Rcvd: Oct 23, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db             +Yasmin N Hill,   1 Rosebush Court,    Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor   Green Tree Servicing, LLC as authorized servicer
               for Bank of America, N.A. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor   Flagstar Bank cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   Matrix Financial Services Corporation
               cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Creditor   LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, N.A.
               NJ_ECF_Notices@buckleymadole.com
              Moshe  Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Moshe  Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Pamela Elchert Thurmond    on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov,
               James.Feighan@phila.gov
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Steven K. Eisenberg    on behalf of Creditor   The Bank of New York Mellon
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 16