# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Yasmin N Hill

Case No.: _____ 14-17252 _____

Hearing Date: _____

Chapter: _____ 13 _____

Judge: _____ JNP _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Jerrold N. Poslusny Jr. _____,
United States Bankruptcy Judge.

**Reason for Hearing:**   Hearing on Debtor(s) Objection to Trustee's Certification
of Default

**Location of Hearing:**   Courtroom No. __4C__
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:**   March 16, 2018 at 10:00 AM _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ **ARE REQUIRED**   ☐ **ARE NOT REQUIRED**

DATE: February 23, 2018 _____

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia _____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ February 23 _____, 20 18 _____ this notice was served on the
following: Debtor(s)          Isabel Balboa, Trustee
Attorney for Debtor(s)   Office of The US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-17252-JNP
Yasmin N Hill                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Feb 23, 2018
                                 Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db              +Yasmin N Hill,   1 Rosebush Court,   Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
          Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC as authorized servicer
           for Bank of America, N.A. njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
           2006-26 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Flagstar Bank cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Matrix Financial Services Corporation
           cmecf@sternlav.com
          Jennifer R. Gorchow    on behalf of Creditor    LSF9 Master Participation Trust nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
           2006-26 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A.
           NJ_ECF_Notices@buckleymadole.com
          Moshe  Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com,
           alyson@mosherothenberg.com
          Moshe  Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com,
           alyson@mosherothenberg.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
           James.Feighan@phila.gov
          Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon
           seisenberg@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                        TOTAL: 16