| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY<br><br>OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Order Filed on March 22, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>YASMIN N. HILL | Case No:    14-17252-JNP<br>Hearing Date:    3/16/2018<br>Judge:    Jerrold N. Poslusny Jr.<br>Chapter:    13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: March 22, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐ The debtor(s)' case is hereby DISMISSED

☒ The debtor(s)' plan is allowed to continue at the regular monthly payment of $3,177.00 for a period of 13 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒ Other:

    ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

    ☒ IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at $92,052.00 which represents total receipts applied to plan.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of _____ due within __ days from the date of this Order.

☐ IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)' case.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of

☒ This order incorporates a fee application for debtor(s)' attorney in the amount of $400.00 pending Court approval.

☒ A status hearing shall be held on 6/8/2018.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-17252-JNP
Yasmin N Hill                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Mar 22, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db             +Yasmin N Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC as authorized servicer
               for Bank of America, N.A. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Flagstar Bank cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Matrix Financial Services Corporation
               cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Creditor    LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               NJ_ECF_Notices@buckleymadole.com
              Moshe  Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Moshe  Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               James.Feighan@phila.gov
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                              TOTAL: 16