# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Yasmin N Hill

| | |
|---|---|
| Case No.: | 14-17252 |
| Hearing Date: | 1/11/2019 |
| Chapter: | 13 |
| Judge: | JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:**  Objection to Trustee's Certification of Non-Payment

**Location of Hearing:**  Courtroom No.  4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**  January 11, 2019 @ 10:00AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 11/16/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  11/16 , 20 18  this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-17252-JNP
Yasmin N Hill                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1          Date Rcvd: Nov 16, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
db          +Yasmin N Hill,   1 Rosebush Court,   Sicklerville, NJ 08081-4149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor   Green Tree Servicing, LLC as authorized servicer
               for Bank of America, N.A. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor   Flagstar Bank cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor   Matrix Financial Services Corporation
               cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Creditor    LSF9 Master Participation Trust nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               NJ_ECF_Notices@buckleymadole.com
              Moshe   Rothenberg    on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe   Rothenberg    on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon
               seisenberg@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 16