Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14−17252−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yasmin N Hill
   1 Rosebush Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−8871

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: kvr

                                                                                    Jeanne Naughton
                                                                                    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 14-17252-JNP
Yasmin N Hill                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db             +Yasmin N Hill,    1 Rosebush Court,    Sicklerville, NJ 08081-4149
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    PO Box 9013,    Addison, TX 75001-9013
cr             +JPMorgan Chase Bank, N.A.,    PO Box 9013,    Addison, TX 75001-9013
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
514709616      +Chase Finance,    PO Box 24696,    Columbus, OH 43224-0696
514709617      +Cintas,    PO Box 625737,    Cincinnati, OH 45262-5737
514838127      +Matrix Financial Services Corporation,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514709618      +Mohela/Department Of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
514709619      +Specialized Loan Servicing,    8742 Lucent Boulevard,    SUite 300,
                 Highlands Ranch, CO 80129-2386
514888084      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514831320      +The Bank of New York Mellon,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
514709620       Time Payment Corp,    16 North East Executive Office Park,    Suite 200,    Burlington, MA  01803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: cashiering-administrationservices@flagstar.com Jan 12 2019 00:22:46
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
514709615      +EDI: AFNIRECOVERY.COM Jan 12 2019 04:48:00      Afni,    PO Box 3097,
                 Bloomington, IL 61702-3097
514709621      +EDI: TFSR.COM Jan 12 2019 04:48:00      Toyota Motor Credit,    240 Gibraltar Road,    Suite 260,
                 Horsham, PA 19044-2387
514732643       EDI: TFSR.COM Jan 12 2019 04:48:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
514709622      +EDI: VERIZONCOMB.COM Jan 12 2019 04:48:00      Verizon,    PO Box 5029,
                 Wallingford, CT 06492-7529
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LSF9 Master Participation Trust
cr              Matrix Financial Services Corporation
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC as authorized servicer
               for Bank of America, N.A. njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Flagstar Bank cmecf@sternlav.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeanette F. Frankenberg   on behalf of Creditor   Matrix Financial Services Corporation cmecf@sternlav.com
          Jennifer R. Gorchow   on behalf of Creditor   LSF9 Master Participation Trust nj.bkecf@fedphe.com
          Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa N. Licker   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series 2006-26 NJ_ECF_Notices@McCalla.com
          Melissa N. Licker   on behalf of Creditor   JPMorgan Chase Bank, N.A. NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@buckleymadole.com
          Moshe Rothenberg   on behalf of Debtor Deborah A Smith mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com;ajohn880@gmail.com
          Moshe Rothenberg   on behalf of Debtor Yasmin N Hill mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com;ajohn880@gmail.com
          Pamela Elchert Thurmond   on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
          Raymond H. Shockley, Jr.   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Steven K. Eisenberg   on behalf of Creditor   The Bank of New York Mellon seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

                                                                                                                                                           TOTAL: 17